```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
UNITED STATES OF AMERICA,            :
                                     :     10-CR-905-19 (JSR)
            -v-                      :     13-CR-30-01 (JSR)
                                     :
EDGAR ENCARNACION-LAFONTAINE,        :
                                     :          ORDER
            Defendant.               :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

On July 29, 2014, this Court granted a motion by James Cohen, Esq., to withdraw as defendant Edgar Encarnacion's counsel, and ordered Mr. Cohen, the defendant, and the Government to appear before a Magistrate Judge so that new CJA counsel could be appointed. See Order, July 29, 2014, at 3. The Court also directed Encarnacion's new counsel to respond by no later than August 29, 2014 to the Government's pending motion for reconsideration of the Court's decision to allow Encarnacion to withdraw his guilty plea. Id. at 3-4.

On July 30, 2014, Mr. Cohen, the defendant, and the Government appeared before Magistrate Judge Freeman, who appointed Natali Todd, Esq., as Encarnacion's new counsel. However, because Judge Freeman was not able to find a CJA lawyer who was able to meet the Court's August 29 response deadline, this Court expressed its willingness to extend that deadline by a few weeks.

1

On July 31, 2014, Ms. Todd called Chambers, jointly with the Government, to request an extension of the deadline for a response to the Government's motion. During that call, the Court decided the following, which the Court now confirms in this Order: The Court hereby directs Ms. Todd to submit a response to the Government's motion for reconsideration by no later than September 12, 2014, schedules a pretrial conference on September 16, 2014 at 4:00 p.m., and schedules trial to commence on December 1, 2014.

SO ORDERED.

Dated:   New York, New York
         July 3{, 2014                    JED S. RAKOFF, U.S.D.J.

2